IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **E. GUY WEAKLAND and KYLE PARKHURST,** *individually and on behalf of all others similarly situated*, <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **UNIQUE REFINISHERS, INC., JOSEPH KOTT, and RONALD KOTT,** <br><br> **Defendants.** | Civil Action No. 1:19-cv-2581-MHC |

## SCHEDULING ORDER

The Parties having completed discovery in the pre-certification period of this action, and the FLSA collective opt-in period having expired, it is hereby ordered that the remainder of this action shall proceed as follows:

The second phase of discovery shall extend from May 4, 2020 through and including Friday, September 4, 2020.

Any dispositive motions or motions for decertification shall be filed no later than Monday, October 5, 2020.

The Parties' Joint Consolidated Pretrial Order shall be filed no later than 30 days from the date of the Court's Order on any motions for summary judgment.

It is SO ORDERED this 28th day of April 2020.

_____

Hon. Mark H. Cohen
U.S. District Judge