IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E. GUY WEAKLAND and KYLE PARKHURST, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNIQUE REFINISHERS, INC., JOSEPH KOTT, and RONALD KOTT, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 1:19-cv-2581-MHC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed this ***CERTIFICATE OF SERVICE***

of the following:

1. *Defendant Joseph Kott's First Interrogatories to Plaintiff Dustin Budzynski*;

2. *Defendant Joseph Kott's First Interrogatories to Plaintiff Kyle Holliday*;

3. *Defendant Joseph Kott's First Interrogatories to Plaintiff Patrick McManus*;

4. *Defendant Joseph Kott's First Interrogatories to Plaintiff Kyle Mester*;

{Firm/1055/00118/DRAFTS/02643978.DOCX }

     5.    *Defendant Joseph Kott's First Interrogatories to Plaintiff Kyle Parkhurst*;

     6.    *Defendant Joseph Kott's First Interrogatories to Plaintiff James Read*; and

     7.    *Defendant Joseph Kott's First Interrogatories to Plaintiff E. Guy Weakland*

with the Clerk of Court via CM/ECF file and serve system which will automatically send e-mail notification of such filing to the following attorneys of record:

Mitchell D. Benjamin
Matthew W. Herrington
DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta St.
Atlanta, GA 30303
benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

*(Attorneys for plaintiffs)*

I FURTHER CERTIFY that on July 22, 2020, I served a copy of the above-referenced pleading to all parties to this matter, via email, addressed to counsel of record listed above.

Respectfully submitted, this 23rd day of July, 2020.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

| | |
|---|---|
| Meridian II, Suite 2000 | **William T. Mitchell** |
| 275 Scientific Drive | Georgia Bar No. 513810 |
| Peachtree Corners, Georgia 30092 | **Sean Keenan** |
| 404/881-2622 (Telephone) | Georgia Bar No. 523871 |
| 404/881-2630 (Facsimile) | **Eric M. Schultz** |
| | Georgia Bar No. 452742 |